No. 11–5105. LAIRD *v.* MACKAY ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5106. JONES *v.* CAMDEN POLICE DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–5108. MCCREE *v.* SHERROD, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–5109. MOORE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5110. CANTY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5111. DIAZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5112. EMANUEL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5114. MCKINNEY *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–5115. MOORE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–5116. STROUD *v.* ADAMS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5117. MOHHOMMED *v.* AMISON ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–5118. OLIVIER *v.* COUNTY OF LOS ANGELES, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 11–5119. NELSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–5121. ANDERSON *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.